UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                              CASE NO. 8:16-cr-269-T-23TGW

RAMIRO MANCILLA-IBARRA
_____/

**ORDER**

The defendant moves (Doc. 30) to suppress and for an evidentiary hearing. The United States opposes (Doc. 37) the motion. On October 3, 2016, the United States magistrate judge conducted an evidentiary hearing on the motion, after which the parties filed supplemental documents (Docs. 60 and 65).

On January 25, 2017, the magistrate judge issued a report (Doc. 85) finding that (1) "the arrest was lawful," (2) finding that "the officers had probable cause to believe that the defendant was delivering three kilograms of methamphetamine to Finn," and (3) recommending denial of the motion to suppress. The defendant objects (Doc. 86) to the report and recommendation.

After a review of the parties' papers and after a review of the thorough report and recommendation, the objection (Doc. 86) is **OVERRULED**, the report and recommendation (Doc. 85) is **ADOPTED**, and the motion to suppress (Doc. 30) is **DENIED**.

ORDERED in Tampa, Florida, on March 16, 2017.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE